# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

NEIL E. FRUSHOUR

    Plaintiff(s)
        v.                              **Civil Action No. 3:17-cv-333**

COMMISSIONER OF SOCIAL SECURITY

    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: <u>The Court REVERSES the Commissioner's decision and REMANDS this matter to the Commissioner for further proceedings consistent with this opinion.</u>

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge <u>Jon E. DeGuilio</u>

DATE:    July 3, 2018                     ROBERT TRGOVICH, CLERK OF COURT
                                                          by   /s/Jason Schrader
                                                                    *Signature of Clerk or Deputy Clerk*